1  EILEEN M. DECKER
   United States Attorney
2  PATRICIA A. DONAHUE
   Assistant United States Attorney
3  Chief, National Security Division
   TRACY L. WILKISON (California Bar No. 184948)
4  Assistant United States Attorney
   Chief, Cyber and Intellectual Property Crimes Section
5  ALLEN W. CHIU (California Bar No. 240516)
   Assistant United States Attorney
6  Terrorism and Export Crimes Section
          1500 United States Courthouse
7         312 North Spring Street
          Los Angeles, California 90012
8         Telephone:  (213) 894-0622/2435
          Facsimile:  (213) 894-8601
9         Email:     Tracy.Wilkison@usdoj.gov
                     Allen.Chiu@usdoj.gov
10 Attorneys for Applicant
   UNITED STATES OF AMERICA

11

12                    UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 IN THE MATTER OF THE SEARCH OF        No. ED 15-0451M
   AN APPLE IPHONE SEIZED DURING
15 THE EXECUTION OF A SEARCH            [PROPOSED] ORDER COMPELLING APPLE,
   WARRANT ON A BLACK LEXUS IS300,      INC. TO ASSIST AGENTS IN SEARCH
16 CALIFORNIA LICENSE PLATE
   35KGD203
17

18

19       This matter is before the Court pursuant to an application

20 pursuant to the All Writs Act, 28 U.S.C. § 1651, by Assistant United

21 States Attorneys Tracy Wilkison and Allen Chiu, requesting an order

22 directing Apple Inc. ("Apple") to assist law enforcement agents in

23 enabling the search of a digital device seized in the course of a

24 previously issued search warrant in this matter.

25       For good cause shown, IT IS HEREBY ORDERED that:

26       1.   Apple shall assist in enabling the search of a cellular

27 telephone, Apple make: iPhone 5C, Model: A1532, P/N:MGFG2LL/A,

28 S/N:FFMNQ3MTG2DJ, IMEI:358820052301412, on the Verizon Network, (the

LODGED

2016 FEB 16 AM 11:00

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF
RIVERSIDE

FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2016

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

1   "SUBJECT DEVICE") pursuant to a warrant of this Court by providing

2   reasonable technical assistance to assist law enforcement agents in

3   obtaining access to the data on the SUBJECT DEVICE.

4       2.   Apple's reasonable technical assistance shall accomplish

5   the following three important functions:  (1) it will bypass or

6   disable the auto-erase function whether or not it has been enabled;

7   (2) it will enable the FBI to submit passcodes to the SUBJECT DEVICE

8   for testing electronically via the physical device port, Bluetooth,

9   Wi-Fi, or other protocol available on the SUBJECT DEVICE; and (3) it

10  will ensure that when the FBI submits passcodes to the SUBJECT

11  DEVICE, software running on the device will not purposefully

12  introduce any additional delay between passcode attempts beyond what

13  is incurred by Apple hardware.

14      3.   Apple's reasonable technical assistance may include, but is

15  not limited to: providing the FBI with a signed iPhone Software

16  file, recovery bundle, or other Software Image File ("SIF") that can

17  be loaded onto the SUBJECT DEVICE.  The SIF will load and run from

18  Random Access Memory ("RAM") and will not modify the iOS on the

19  actual phone, the user data partition or system partition on the

20  device's flash memory.  The SIF will be coded by Apple with a unique

21  identifier of the phone so that the SIF would only load and execute

22  on the SUBJECT DEVICE.  The SIF will be loaded via Device Firmware

23  Upgrade ("DFU") mode, recovery mode, or other applicable mode

24  available to the FBI.  Once active on the SUBJECT DEVICE, the SIF

25  will accomplish the three functions specified in paragraph 2.  The

26  SIF will be loaded on the SUBJECT DEVICE at either a government

27  facility, or alternatively, at an Apple facility; if the latter,

28  Apple shall provide the government with remote access to the SUBJECT

2

1  DEVICE through a computer allowing the government to conduct passcode

2  recovery analysis.

3      4.    If Apple determines that it can achieve the three functions

4  stated above in paragraph 2, as well as the functionality set forth

5  in paragraph 3, using an alternate technological means from that

6  recommended by the government, and the government concurs, Apple may

7  comply with this Order in that way.

8      5.    Apple shall advise the government of the reasonable cost of

9  providing this service.

10     6.    Although Apple shall make reasonable efforts to maintain

11 the integrity of data on the SUBJECT DEVICE, Apple shall not be

12 required to maintain copies of any user data as a result of the

13 assistance ordered herein.  All evidence preservation shall remain

14 the responsibility of law enforcement agents.

15     7.    To the extent that Apple believes that compliance with this

16 Order would be unreasonably burdensome, it may make an application to

17 this Court for relief within five business days of receipt of the

18 Order.

19

20

21

22 DATED: _February 16, 2016_

23                                    _____
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

3